IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No.   CR- 20-08125-01-PCT-SMB |
|---|---|
| Plaintiff, | **REPORT AND RECOMMENDATION** |
| v. | |
| Ray Lee Manygoats, | |
| Defendant. | |

TO THE HONORABLE SUSAN M. BRNOVICH , U.S. DISTRICT JUDGE:

Defendant Ray Manygoats successfully completed all terms of the Northern Arizona Reentry Court and graduated from the program on May 29, 2026. Counsel for the United States, defense counsel and the U.S. Probation Office all concur with a recommendation to reduce his remaining supervision term by six months.

**1- Background**

Mr. Manygoats' most recent term of supervision began on April 29, 2025. Participation in the Northern Arizona Re-entry Court was a term of his Supervised Release. (Doc. 148). Mr. Manygoats current term of supervision will end on April 28, 2027.

**2- Northern Arizona Re-entry Court**

The mission of the Northen Arizona Re-entry Court is to provide people under federal court supervision with unique and local access to the federal court while respecting their culture and heritage to promote positive and lasting change. The participants meet in person with the Re-entry Court at least every six weeks. The program

lasts 52 weeks and participants progress with a possible 1-point assessment for each week in the program. Points are assessed according to the following criteria:

1) Attendance at the scheduled Northern Arizona Re-Entry Court (must physically attend to receive any points).
2) Attendance at court-imposed treatment (substance abuse, mental health, domestic violence, parenting). Full credit will be given for attendance with no "unexcused" absences.
3) Employed: Must be employed at least 20 hours per week. Disabled individuals (collecting benefits and unable to work) will be given credit. Verifiable self-employment will qualify. Caring for an elderly family member will also be considered; however, it must be verified by a third party that is not the elderly family member.
4) Enrollment and attendance in vocational or educational school.
5) Negative substance use testing.
6) Weekly engagement with a self-improvement or community-based organization (Native American Church, faith-based organization, Community Service, Sweat Lodge, Alcoholics/ Narcotics Anonymous, C.P.R., food handler card, volunteering at the local chapter house, park service, etc.)

A participant who remains in compliance with his/her conditions of probation or supervised release and earns 52 points in the Pilot Re-entry Court will graduate.

**3- Summary of Progress**

On May 8, 2025, Mr. Manygoats attended his first Re-entry hearing and discussed his goals and expectations for the program. In-person hearings were scheduled at three-week intervals as Mr. Manygoats was based in Flagstaff. Mr. Manygoats immediately demonstrated in action his desire for a better future. He is personable and easily found employment. Mr. Manygoats worked multiple jobs until he found employment at a lumber yard where he quickly became a valued employee, he was promoted several times and received benefits and employment stability. Mr. Manygoats and his family faced multiple losses in the early stage of his participation. His ability to manage these losses without relapse demonstrated emotional maturity. His family began to rely on him as a responsible elder as he embraced his traditional beliefs again and fully participated in ceremonies and family events. Mr. Manygoats embraced the opportunities provided with probation and the

Re-entry program as evidenced by his negative substance abuse tests and participation in all of the treatment and support services required.

**4- Analysis**

Mr. Manygoats exceeded all expectations and received perfect scores throughout his time in the Re-entry program. His graduation from the program was on May 29, 2026, although he actually completed the program on May 8, 2026. Mr. Manygoats wanted to delay his final hearing because of various family school graduations that were a higher priority for him. Mr. Manygoats has simply excelled in this program and has demonstrated in concrete terms with his sobriety, employment and connection to his family and community that he is ready to engage with the world as a sober and healthy person.

The unanimous consensus among all of the team members in the Northern Arizona Re-entry Program is that Mr. Manygoats has earned a six-month reduction in his remaining supervised release term. Pursuant to 18 U.S.C. Section 3564(c), the Court considers the original sentencing factors in consideration of early termination of supervision, so long as one year of supervision has been completed and the action is justified by the conduct of the defendant and is in the interests of justice.

**5- Conclusion**

Mr. Manygoats embraced the opportunities of the Northern Arizona Re-entry Program and demonstrated that reduction of his remaining supervision term is warranted.

**IT IS THEREFORE RECOMMENDED** that the District Court reduce the remaining term of Mr. Manygoats supervision by six months, to expire on October 28, 2026.

Dated this 1st day of July, 2026.

_____
Camille D. Bibles
United States Magistrate Judge

- 3 -