IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No.   CR- 20-08125-01-PCT-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| Ray Lee Manygoats, | |
| Defendant. | |

On July 1, 2026, Magistrate Judge Camille D. Bibles issued a "Report and Recommendation." Magistrate Judge Bibles recommended that the District Court Judge reduce the remaining term of supervised release by six months. No objections have been filed. The Court adopts the recommendation of Magistrate Judge Bibles.

**IT IS ORDERED** that Mr. Manygoats' Supervised Release is reduced by six months, to expire on October 28, 2026.

Dated this 21st day of July, 2026.

_____
Honorable Susan M. Brnovich
United States District Judge